IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jennifer J. Wells,  :
:
    Plaintiff(s),  :
: Case Number: 1:10cv490
  vs.  :
: Chief Judge Susan J. Dlott
Joyce Meyers, et. al.,  :
:
    Defendant(s).  :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 3, 2011 (Doc. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 18, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is **DISMISSED** without prejudice for failure to timely effect service on any of the named defendants, and for failure to respond to the Court's "show cause" order.

Plaintiff's motion for summary judgment (Doc. 6) is **DENIED** and this case is **DISMISSED** from the docket.

IT IS SO ORDERED.

                                         ___s/Susan J. Dlott_____
                                         Chief Judge Susan J. Dlott
                                         United States District Court